UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**LENTORYA S. PARKER**

                              Plaintiff,       **NOTICE OF SUBSTITUTION**

     v.                                      **AND APPEARANCE**

**JONATHAN MARSH, DANIEL RIZZO, EDWARD**       Civ. No.:  17-CV-06616
**FIRST, ANDREW BOSTICK, JOEL HASPER,**
**JOHN DOES 1-5 AND CITY OF ROCHESTER,**

                              Defendants.

---

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above entitled action as Attorney for the Defendants, in place and in substitution of Spencer L. Ash.

                                                      **BRIAN F. CURRAN,**
                                                      **CORPORATION COUNSEL**

Dated: October 5, 2017                 s/ John M Campolieto
       Rochester, New York            John M. Campolieto, Esq., Of Counsel
                                             *Attorneys for Defendants*
                                             Office and Post Office Address
                                             City Hall Room 400A, 30 Church Street
                                             Rochester, NY 14614-1295
                                             Telephone: (585) 428-7410
                                             campolj@cityofrochester.gov

To:    Clerk
           U.S. District Court
           Western District of New York
           *Via electronic filing.*

           Charles F. Burkwit, Esq.
           BURKWIT LAW FIRM, PLLC
           *Attorneys for Plaintiff*
           16 E. Main Street, Suite 450
           Rochester, NY  14614
           *Via electronic filing.*